JOHN HEGIERSKI, Respondent, v. UNITED STATES GYPSUM COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

(The order denies defendant's motion to dismiss the complaint and for summary judgment in a silicosis action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.